UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

Criminal No. 13-cr-33-01-JL

v.

<u>Israel Cruz</u>

O R D E R

The assented to motion to reschedule jury trial (document no. 15) filed by defendant is granted. As the codefendant has assented to the continuance the following dates apply to both defendants; Final Pretrial is rescheduled to June 28, 2013 at 2:00 PM; Trial is continued to the two-week period beginning July 9, 2013, 9:30 AM. In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than ten (10) days prior to the final pretrial conference. Objections to motions in limine shall be filed no later than three (3) days prior to the final pretrial conference.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: April 30, 2013

cc: Terry L. Ollila, Esq.
    Jonathan Saxe, Esq.
    Glenn G. Geiger, Esq.
    U.S. Marshal
    U.S. Probation